HARWOOD, Judge.
Affirmed. Certiorari denied by Supreme Court, 255 Ala. 702, 52 So.2d 885.

[black bar]
52 So.2d 891
Gaynun TAYLOR v. STATE.
8 Div. 978.
Court of Appeals of Alabama.
Jan. 23, 1951.
[black bar]
PER CURIAM.
Affirmed.
[black bar]
62 So.2d 926
O'Neal THIGPEN v. STATE.
8 Div. 129.
Court of Appeals of Albama.
Jan. 27, 1953.
[black bar]
Emmett N. Roden, Florence, for appellant.
Si Garrett, Atty. Gen., for the State.
PRICE, Judge.
Affirmed.
[black bar]
52 So.2d 891
Robert VERNON v. STATE.
8 Div. 983.
Court of Appeals of Alabama.
Jan. 23, 1951.
[black bar]
PER CURIAM.
Affirmed.

Right column:
731
52 So.2d 892
Solomon VINCENT v. STATE.
7 Div. 117.
Court of Appeals of Alabama.
Jan. 23, 1951.
[black bar]
PER CURIAM.
Affirmed.
[black bar]
55 So.2d 926
Bob WALKER v. STATE.
4 Div. 187.
Court of Appeals of Alabama.
Nov. 20, 1951.
[black bar]
HARWOOD, Judge.
Affirmed.
[black bar]
53 So.2d 897
Laura WASHINGTON v. CITY OF BIRMINGHAM.
6 Div. 130.
Court of Appeals of Alabama.
April 24, 1951.
Rehearing Denied May 15, 1951.
[black bar]

HARWOOD, Judge.

Affirmed. Certiorari denied by Supreme Court, 255 Ala. 702, 52 So.2d 885.

52 So.2d 891

**Gaynun TAYLOR v. STATE.**

**8 Div. 978.**

Court of Appeals of Alabama.

Jan. 23, 1951.

PER CURIAM.

Affirmed.

62 So.2d 926

**O'Neal THIGPEN v. STATE.**

**8 Div. 129.**

Court of Appeals of Albama.

Jan. 27, 1953.

Emmett N. Roden, Florence, for appellant.

Si Garrett, Atty. Gen., for the State.

PRICE, Judge.

Affirmed.

52 So.2d 891

**Robert VERNON v. STATE.**

**8 Div. 983.**

Court of Appeals of Alabama.

Jan. 23, 1951.

PER CURIAM.

Affirmed.

52 So.2d 892

**Solomon VINCENT v. STATE.**

**7 Div. 117.**

Court of Appeals of Alabama.

Jan. 23, 1951.

PER CURIAM.

Affirmed.

55 So.2d 926

**Bob WALKER v. STATE.**

**4 Div. 187.**

Court of Appeals of Alabama.

Nov. 20, 1951.

HARWOOD, Judge.

Affirmed.

53 So.2d 897

**Laura WASHINGTON v. CITY OF BIRMINGHAM.**

**6 Div. 130.**

Court of Appeals of Alabama.

April 24, 1951.

Rehearing Denied May 15, 1951.